THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation,<br><br>Defendant. | Case No. 2:25-cv-00921-KKE<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>June 20, 2025 |

## STIPULATION

Defendant DHL Express (USA), Inc. and Plaintiff Northwest Administrators, Inc. hereby STIPULATE AND AGREE to extend the deadline for Defendant to answer or otherwise respond to the Complaint to July 7, 2025.

On June 2, 2025, Plaintiff served the Complaint on Defendant. Under FRCP 12(a)(1), Defendant's answer or other response is currently due on June 23, 2025. Counsel for Plaintiff and Defendant have conferred. In light of the investigation Defendant must undertake to fully assess Plaintiff's complaint, there is good cause to grant the parties' stipulated request for additional time so that the parties and the Court have ample time to address and consider all such issues. Accordingly, Plaintiff and Defendant stipulate and agree, subject to the Court's approval, to extend

STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT - 1
(Case No. 2:25-cv-00921-KKE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1  the Defendant's deadline to answer or otherwise respond to July 7, 2025.

2      This stipulation and order shall not operate as an admission of any factual allegation or

3  legal conclusion, nor shall it operate as a waiver, nor affect any right, defense, claim or objection,

4  including lack of jurisdiction and the right to seek arbitration of Plaintiff's claims.

5      STIPULATED AND AGREED to this 20th day of June, 2025.

**REID, MCCARTHY, BALLEW & LEAHY, LLP**

By: *s/ Russell J. Reid*
Russell J. Reid, WSBA # 2560
100 West Harrison Street, N. Tower, #300
Seattle, WA 98119
Phone: (206) 285-0464
Email:  rjr@rmbllaw.com

*Attorney for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Amy P. Taylor*
Amy P. Taylor, WSBA #53644
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email:  amy.taylor@morganlewis.com

*Attorney for Defendant*

STIPULATION AND ORDER EXTENDING
DEFENDANT'S DEADLINE TO ANSWER OR
RESPOND TO COMPLAINT - 2
(Case No. 2:25-cv-00921-KKE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401

**ORDER**

IT IS SO ORDERED.

DATED: June 23, 2025.

*[signature: Kymberly K Evanson]*

THE HONORABLE KYMBERLY K. EVANSON
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Amy P. Taylor*
Amy P. Taylor, WSBA # 53644
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: amy.taylor@morganlewis.com

*Attorney for Defendant*

**REID, MCCARTHY, BALLEW & LEAHY, LLP**

By: *s/ Russell J. Reid*
Russell J. Reid, WSBA # 2560
100 West Harrison Street, N. Tower, #300
Seattle, WA 98119
Phone: (206) 285-0464
Email: rjr@rmbllaw.com

*Attorney for Plaintiff*

STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT - 3
(Case No. 2:25-cv-00921-KKE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401