UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC., <br><br> Plaintiff(s), <br><br> v. <br><br> DHL EXPRESS (USA) INC. , <br><br> Defendant(s). | CASE NO. C25-0921-KKE <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court GRANTS the parties' amended request to extend Defendant's deadline to respond to Plaintiff's complaint to July 7, 2025. Dkt. No. 9. In order to correct the record, the Court also ENTERS the parties' amended stipulation. *Id.*

Dated this 24th day of June 2025.

                                                           Ravi Subramanian
                                                          Clerk

                                                         */s/ Alejandro Pasaye Hernandez*
                                                         Deputy Clerk

MINUTE ORDER - 1