UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC., | CASE NO. C25-0921-KKE |
| Plaintiff(s), | ORDER DENYING JOINT MOTION FOR CONTINUANCE |
| v. | |
| DHL EXPRESS (USA) INC. , | |
| Defendant(s). | |

This matter comes before the Court on the parties' joint motion to continue the case schedule. Dkt. No. 23. Although the parties have shown good cause to continue the trial date and related pretrial deadlines, the Court's calendar cannot accommodate the parties' proposed schedule.

Accordingly, the motion is DENIED without prejudice to refiling. Dkt. No. 23. The parties should contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov for assistance in selecting a new trial date, before re-filing a stipulated motion to continue.

Dated this 15th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING JOINT MOTION FOR CONTINUANCE - 1