THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | |
| Plaintiff, | NO. 2:25-cv-00921-KKE |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE COURT DATES |
| DHL EXPRESS (USA), INC., an Ohio corporation, | |
| Defendant. | |

THIS MATTER having come on to be heard on the parties' joint motion of Plaintiff and Defendant, Plaintiff appearing through its attorneys, Russell J. Reid and Thomas A. Leahy of Reid, Ballew & Leahy, L.L.P., and Defendant appearing through its attorneys, Melissa D. Hill and Yara AlHowar of Morgan Lewis & Bockius LLP, stating that the parties are in need of more time for Defendant to provide documents and/or information to resolve this case, and hope to have this matter resolved before the requested 90-day extension, now, therefore;

IT IS HEREBY ORDERED that the parties' Joint Motion to Continue Court Dates has been granted as follows:

//

| Case Events | Current Deadline | Proposed Deadline |
|---|---|---|
| All dispositive motions must be filed by and noted on the motion calendar no later than 28 days thereafter (see LCR 7(d)) | May 26, 2026 | August 18, 2026 |
| Settlement Conference | July 23, 2026 | October 15, 2026 |
| Agreed LCR 16.1 Pretrial Order due | August 31, 2026 | November 23, 2026 |
| Trial Briefs and Agreed Pretrial Order due | September 8, 2026 | November 30, 2026 |
| Pretrial conference to be held at 10:00 AM on | TBD | TBD |
| **BENCH TRIAL** | September 21, 2026 | December 14, 2026 |

Dated this 19th day of May, 2026.

_____

Kymberly K. Evanson
United States District Judge

Presented for Entry by:

REID, BALLEW & LEAHY, L.L.P.

By:  __s/Russell J. Reid_____

Russell J. Reid, WSBA # 2560
Thomas A. Leahy, WSBA #26365
100 West Harrison Street, N. Tower, 300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@nwlaborlaw.com
Email:  tom@nwlaborlaw.com

Attorneys for Plaintiff