UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC.,<br><br>Plaintiff(s),<br>v.<br><br>DHL EXPRESS (USA) INC. ,<br><br>Defendant(s). | CASE NO. C25-0921-KKE<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

The parties have stipulated to dismiss this action without prejudice and with each party bearing its own attorney's fees and costs. Dkt. No. 28.

Based on the parties' stipulation, this action is DISMISSED without prejudice. Each party shall bear its own attorney's fees and costs. The Clerk is directed to vacate the trial date and related dates (Dkt. No. 27) and administratively close this case.

Dated this 2nd day of September, 2026.



Kymberly K. Evanson
United States District Judge